**Dismissed and Memorandum Opinion filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00472-CV

_____

## MICHAEL THIBODEAUX, Appellant

## V.

## JONATHAN R. CAMPBELL AND PRESTON J. JULIAN, Appellees

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 980917**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 20, 2011. The clerk's record was filed June 13, 2011. The reporter's record was filed June 23, 2011. Appellant's brief was originally due July 25, 2011. Appellant was granted two extensions of time to file his brief until October 17, 2011. No brief was filed.

On November 8, 2011, this court issued an order stating that unless appellant filed a brief, and a motion reasonably explaining why the brief was late, on or before November 28, 2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief or other response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.